In the Matter of Long Island Lighting Co., Respondent, against
E. Floyd Griffin et al., Constituting the Board of Zoning
Appeals of the Town of Oyster Bay, Appellants, and Fyfe's
Shipyard, Inc., et al., Interveners, Appellants.

Argued March 19, 1948; decided April 22, 1948.

*John W. Davis, W. Royden Klein, Robert E. Lawther* and *Russel S. Coutant* for interveners, appellants.

*Charles G. Blakeslee, David K. Kadane* and *Charles E. Elbert* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.